UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AMERICAN HOME ASSURANCE COMPANY, et al., | Case No. 13-cv-04953-HSG |
|---|---|
| Plaintiffs, | |
| v. | **JUDGMENT** |
| SMG STONE COMPANY, INC., et al., | Re: Dkt. No. 65 |
| Defendants. | |

Judgment is hereby entered consistent with the Court's Order Granting Plaintiff's Motion for Summary Judgment and Denying Defendants' Motion for Summary Judgment,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at San Francisco, California, this 11th day of June, 2015.

Richard W. Wieking
Clerk of Court

By: 
Deputy Clerk